>


 Texas Judicial Branch

 

 
 

 


 

 

 

 




 
 
 
 
 
 
 
 Texas Judicial
 Branch
 
 
 
 
 
 Skip to main content
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 Home
 CourtsClick to expand submenu
 
 
 
 About Texas Courts
 Supreme Court
 Court of Criminal Appeals
 1st Court of Appeals
 2nd Court of Appeals
 3rd Court of Appeals
 4th Court of Appeals
 5th Court of Appeals
 6th Court of Appeals
 7th Court of Appeals
8th Court of Appeals
 9th Court of Appeals
 10th Court of Appeals
 11th Court of Appeals
 12th Court of Appeals
 13th Court of Appeals
 14th Court of Appeals
 Multi-District Litigation Panel
 Specialty Courts
 Trial Courts
 
 
 
 
 
 Rules & FormsClick to expand submenu
 Forms
 Rules Advisories
 Rules & Standards
 
 
 OrganizationsClick to expand submenu
 
 
 
 Policy & Funding
 Administrative Judicial Regions
 Children's Commission
 Criminal Justice Integrity Unit
 Judicial Branch Certification Commission
 Judicial Committee on Information Technology
 Judicial Compensation Commission
 Supreme Court Advisory Committee
 Task Force on Judicial Emergency Preparedness
 Texas Access to Justice Commission
 Texas Access to Justice Foundation
 Texas Commission to Expand Civil Legal Services
 Texas Indigent Defense Commission
 Texas Judicial Council
 Timothy Cole Exoneration Review Commission
 
 
 Agencies
 Office of Capital and Forensic Writs
 Office of Court Administration
 State Commission on Judicial Conduct
 State Law Library
 State Prosecuting Attorney
 
 
 Bar & Education
 Board of Law Examiners
 Judicial Education
 State Bar of Texas
 Texas Board of Legal Specialization
 Texas Center for Legal Ethics
 
 
 
 
 
 Publications & TrainingClick to expand submenu
 Judicial Ethics & Bench Books
 Legislative Information
 Publications
 Training Materials
 
 
 Programs & ServicesClick to expand submenu
 Certification, Registration & Licensing
 Collection Improvement Program
 Court Consultant Services
 Domestic Violence Resource Program
 Electronic Filing
 Guardianship Compliance Project
 Indigent Defense
 Interpretation & Translation
 Legal Aid
 Self-Help
 Statewide eCitation System
 
 
 Judicial DataClick to expand submenu
 Court Activity Database
 Judicial Directory
 Open Records Policy
 Reporting to OCA
 Statistics & Other Data
 Vexatious Litigants
 
 
 eFile Texas
 Media

 
 
 
 
 
 
 
 
 
 
 
 Supreme Court
 
 
 
 
 
 
 
 
 Site Search
 
 
 
 
 
 

 
 
 
 
 Home/
 Courts/
 Supreme Court
 
 
 
 
 
 

 

 
 
 
 Case Information
 
 Case Search
 Document Search
 Electronic Briefs
 Event Reports
 Case Mail
 Oral Arguments Video
 Causes
 Orders & Opinions
 


 
 

 

 








 
 

An Error Occurred.


 Oops, that was embarrassing. An alert by email was sent to the TAMES App Dev team - hopefully this code took care of that. If not and the problem persists, please contact our Service Desk at servicedesk@txcourts.gov.



 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 
 
 Resources
 Careers
 Site Policies
 Texas Homeland Security
 Texas.gov
 TRAIL
 WebMaster